Harold Popel et al., Appellees, v. Metropolitan Life Insurance Company, Appellant.

Gen. No. 43,235.

Heard in the third division, first district, this court at the October term, 1944; opinion filed December 20, 1945; released for publication January 8, 1946. Hoyne, O'Connor & Rubinkam, for appellant; Nathaniel Rubinkam and Melvin L. Gibbard, of counsel, and Eckert & Peterson, Nathaniel Rubinkam, also for appellant; Tom Leeming, Owen Rall and Melvin L. Gibbard, of counsel; Joseph Barbera, for appellee. Opinion by PRESIDING JUSTICE KILEY. **Not to be published in full.**